IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque NM
SEP 1 0 2015
MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL No. 15-3252MCA |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 113(a)(3): |
| ) | Assault with a Dangerous Weapon. |
| **MYLAN SKYE VELARDE**, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about March 18, 2015, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **MYLAN SKYE VELARDE**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a bat, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
PKS