|  | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | |
|---|---|---|---|---|---|
|  | Before the Honorable Laura Fashing | | | | |
|  | United States Magistrate Judge | | | | |
|  | Clerk's Minutes | Arraignment/Detention | | | |
| Date: | 12/8/2015 | | Case Number: | CR 15-3252 MCA | |
| Case Title: USA v. | Mylan Skye Velarde | | Liberty: | Gila @ | 10:01 |
| Courtroom Clerk: | N. Maestas | | Total Time: | 4 minutes | |
| Probation/Pretrial: | Sandra Avila-Toledo | | Interpreter: | n/a | |
| ATTORNEYS PRESENT: | | | | | |
| Plaintiff: | Kimberly Brawley | | Defendant: | Aric G. Elsenheimer | |
| PROCEEDINGS: | | | | | |
| ☐ | First Appearance of Defendant | | | | |
| ☒ | Defendant received a copy of the Indictment | | | | |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties | | | | |
| ☒ | Defendant waives reading of Indictment | | | | |
| ☒ | Defendant is ready to enter a plea | | | | |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts | | | | |
| ☒ | Motions due by: 12/28/2015 | | | | |
| ☒ | Discovery Order electronically filed | | | | |
| ☒ | Case assigned to: Chief Judge Armijo | | | | |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED | | | | |
| ☒ | Defendant released to La Pasada Halfway House w/conditions | | | | |
| ☐ | Other: | | | | |