IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                      No. CR 15-3252 MCA

MYLAN SKYE VELARDE,

      Defendant.

## **O R D E R**

      **THIS MATTER** is before the Court for plea hearing. The Court having accepted the plea and finding the Defendant guilty, pursuant to 18 U.S.C. 3143(a), the Court being fully advised:

      IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby revoked and that the Defendant Mylan Skye Velarde be remanded to the custody of the U. S. Marshal pending final disposition in this matter.

_____
Karen B. Molzen
Chief United States Magistrate Judge